**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 4:25-CR-00156** |
| | ) | |
| **PERRY POWELL, JR., ET. AL** | ) | |

**ORDER**

Application for leave of absence for has been requested by Jessica K. Rock, Special Assistant United States Attorney for the following dates:

- June 16-17, 2026 - Teaching in Lee County

- June 26- July 1, 2026 – Personal leave

- July 20-23, 2026 – Conference

- July 27-31, 2026 – Personal leave

- August 17- 21, 2026 - Personal leave

- August 26, 2026 – Teaching in Carol County

- October 12-16, 2026 – Personal leave

The above and foregoing request for leave of absence is approved. It is further ordered that should a hearing be set during those dates, a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this 11th day of June 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA